# United States District Court
### Eastern District of North Carolina
### Western Division

## Case No. _ROOM 401_
(To be filled out by Clerk's Office only)

_Yusufi Burton Miơh Josqh H Bey_
_____
_PLAINTIFF(S)_

Inmate Number _028020_

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_RESPONDENT(S)_

_FED R. CIV. P 12(A) (1) (A)_

_Eric Riggs. Unit Manager_
_Lawrence Official / Edward Official_
_Cardis Official / Taber /Official_
_Breish Official / Narith Official_

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐     42 U.S.C. § 1983 (state, county, or municipal defendants)

☒     Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐     Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

YUSUF Abdul Burton Joseph BEY "Natural Person"
Name

#028020
Prisoner ID #

Maury Correctional Institutional
Place of Detention

Post Office Box 0506
Institutional Address

Hookerton     North Carolina     28554-0506
City                 State               Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐     Pretrial detainee    ☐ State    ☐ Federal
☐     Civilly committed detainee
☐     Immigration detainee
☐     Convicted and sentenced state prisoner
☐     Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   ERIC / RIGGS
                  Name

                  UNIT MANAGER Blue /
                  Current Job Title

                  POST OFFICE BOX 0566
                  Current Work Address

                  MAXToN N. Carolina      28354 - 0566
                  City                State         Zip Code

                  Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:   EDWARDS /OFFICIAL / GREY UNIT
                  Name

                  OFFICIAL/ SEGREGATION NPOPE- Grey unit
                  Current Job Title

                  POST OFFICE BOX 0566
                  Current Work Address

                  Maxey      N. Carolina      28354 0566
                  City                State         Zip Code

                  Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## Defendant(s) Continued

Defendant 3:      *CANDIS*
_____
                  Name

                  *OFFICIAL*
_____
                  Current Job Title

                  *MAURY Correctional Institution*
_____
                  Current Work Address

    *MAURY*          *NORTH Carolina*      *28554-0506*
_____
    City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4:      *LAWRENCE*
_____
                  Name

                  *OFFICIAL / MPO DOE - Grievant*
_____
                  Current Job Title

                  *Post Office Box 0506*
_____
                  Current Work Address

    *MAURY*          *North Carolina*      *28554-0506*
_____
    City                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _DISCRIMINATION / IMMUNITIES / DECLARATORY STATUS: DISTRICT OF COLUMBIA RELIEF._

Date(s) of occurrence: _06-21-018 Approximately Timely Frame_

State which of your federal constitutional or federal statutory rights have been violated:

_NUS. 1960s 1970s Deprivation of Right / Natural Person Proper Person --- Moor / Moorish American_

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

<div style="border:1px solid">Who did what to you?</div>

_Irreparable Harm / Verbal Slurer / EDC Headphone Sony Radio Sony, Physical Segregation 150 05-14-018 - 8-01-99 until 08-10-018 Inadequacy Supremacy Statements / Modified Housing Inadequacy Credits. Timely Frame Check Surveillance Cams A-08 Blue Unit / Green Pod A-15 Blue Unit Pod B-07 Segregation NPCRE off 7.0.W. Mod-1 Grey 05-14-018 thirty-seven days. Pod A-07 Blue Unit twenty-one day Entirely Cell_

_during occassional dated sorted factual Pod A-08 Surveillance Cams 07-09-018 approximately Timely Frame official / staffs currency inadequacy SCD to COC hundred an Monthly Wager instead 2600 to 32·00 Monthly Sergeant / Official / Captac / LT mud, SO Dedham. Asiatic's Brother & Sister no's money concessional instrumental_

What
happened
to you?

SECTION 1983. NEGLEGENCE(S) ACTION STATE
(DEPRIVED) A FEDERAL OR CONSTITUTIONAL LAW (RIGHT)
DAVIDSON V. CANNON 474 U.S. 344. 106 S. CT. 668 L.ED 677
1960s - 1970s RACISM / RACIAL SLURE          (1982)
VIOLATED PERSONAL INJURY, MENTAL ANGUISH
PRELIMINARY INJUNCTION / HURT / TELEGRAM
EXTREME 42 U.S.C. § 1997 e (a) SWORN
RANDOLL. EXCESSED ABSURD THEREAFTER
TIME 42 SECTION 1983 U.S.C. F.S. VIOLATION
RIGHT, USAGE, CAUSES, SUBJECTED
DISTRICT OF COLUMBIA, ORDINANCE UNDER
COLOR. NORMAL & SURGICAL ELIMINATION

When did it
happen to
you?

ALLEVIATED 03-29-018 approximately DATE
ACCURATE. NO. INVESTIGATION OF COMPLAINTS
UNTIL INDICTION "490" DIFFER HEADPHONES /
SONY / RADIO / FOOD ITEMS / IDENTIFICATION CARD
DOGGED RIGHTS OUTRAGEOUS OR PLAYING, STUFF
ISSUED. /4 THEN SOUTHERN STATE ROSE / LOST ETCETERA
WHEREAS SUITED NEVER TO THEM TWO WRONG
WEARING OF U.S.A'S HISTORIAN FOLKS

Where did it
happen to
you?

IN SOUTH / NORTH CAROLINA MOABITES &
MOABITES. RUTH & BOAZ, JESSE, KING DAVID
SOLOMON. HEZEKIAH JOSEPH TWO MARY
ABRAHAM (GENESIS 64). AMERICA / AFRICA
PRIME / PROUD ASIATIC'S PLAYING PEOPLE OF
DARK COMPLEXION TOLD TAUGHT HEBREW DESCENDANT.
MOROCCO RULER; SULTAN / NORTH AMERICAN
SLAVES. ETCETERA. WON... WHITE JESUS SERPENT

past AND TO STATED TWO NOEL BURTON / BAZILE OFFICIAL
WITHDRAWALS. SMITH THIRD OCCASSION FACTUAL FALLACIES
THEORY AND TRUE. OFFICIAL MAIN HEARD SO ALSO
              SUITED approximately DATE              Page 6 of 10
       SMITH RECORDED. MESSAGE. GRACELESS. ETC

What was
your
injury?

MALE CORRECTIONAL INMATES. ISRAELITES
FROM JACOB. YAHD'S OPPRESSION OF DARK-SKIN
NATION OF KINGS. NOT SO TO BEING
BELLIGERENT OR DEROGATORY. HOSTILE OR
DISRESPECTFUL. TAGLINE INMATE: MIKE BEY
WUSPER. JOSEPH # 028800 - FAST CAR-IMPRISONMENT
SLAIN OF VARIOUS REASONS. HAVE NEED TO
BEEN RELEASE DATE: 09-06-019 ETCETERA
BETHLEHEM OF JUDAH IN THE HOUSE
OF DAVID. FELONIOUS/CLAUSES/
(LIFE TERMS) TWENTY FIVE YRS. NO
NOLOS SOEI SO PSEUDO 1.23. IN CAROLINA
- COM POST CHECK ELECTRONIC COMPUTER
INMATE(S) STATUTE: G.S. 14.27.2(B)
GENERAL STATUTE: 14.27.3(A)  G.S. 14.27.4(A)
INADEQUATELY DOCUMENTATION. ADC-IR-300
CR-129 - CR-128    ADMINISTRATIVE
OFFICE COURT. ALLEVIATED STENOGRAPHER
VIOLATIONS RECORDS. EXPUNGED. B06 ETCETERA.
26 NOV 1996. SORTED CLAUSES. THREE OF SIX
MOORS. WHITE MAN'S PURITY. PURITY
MEANS GOD & MEANS THE RULE OF THE
LAND: A.C. OF THE M.S.T. OF A.
ADEPT CHAMBER OF THE MOORISH SCIENCE
TEMPLE OF AMERICA (3RD HEAVEN)
SERIOUS PHYSICAL INJURY RELIEF UNDER
IMMINENT DANGER: FRIVOLOUS MALICIOUS
FOR FAILURE: 28 UNITED STATES CODE
§ 1915 (G) ETCETERA. FORMA PAUPERIS
UNDER 28 U.S.C § 1915:

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☐ Yes     ☑ No

    If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

07/ 015 / 018
Dated

Joseph Burton Mabley
Plaintiff's Signature

YUSUFI MZEL BURTON JOSEPH BEY
Printed Name

OPUS # 0280200
Prison Identification #

Maury Correctionac        Hookerton        N. Carolina    28584-0806
Prison Address                      City                        State        Zip Code